1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. BOX 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131
   besshelena@earthlink.net
5
   Attorneys for Plaintiff
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 ELENA O'CONNOR                    )   Case No. CIV-09-1508 JCS
                                     )
11                                   )
                                     )
12                                   )
                                     )   [PROPOSED] STIPULATION AND ORDER
13      Plaintiff,                   )   EXTENDING PLAINTIFF'S TIME TO
                                     )   FILE MEMORANDUM IN SUPPORT
14 v.                                )   OF SUMMARY JUDGMENT AND
                                     )   DECLARATION
15 MICHAEL J. ASTRUE                 )
   Commissioner of Social Security   )
16 of the United States of America,  )
                                     )
17      Defendant.                   )
                                     )
18 _____    )

19
          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the
20
   permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this
21
   case is hereby extended from its current due date of December 21, 2009, to February 9, 2009. This is
22
   plaintiff's first request for an extension of time and is required due to plaintiff's counsel's impacted
23
   briefing schedule and the upcoming holidays. *See*, Declaration of Bess M. Brewer set forth below
24

25
   / / /
26
   / / /
27
   / / /
28

                                           1

| | | |
|---|---|---|
| Dated: December 21, 2009 | | *s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: December 21, 2009 | | McGregor W. Scott |
| | | United States Attorney |
| | | /s/ *Shea Lita Bond*<br>SHEA LITA BOND |
| | | Special Assistant U.S. Attorney<br>Social Security Administration |
| | | Attorney for Defendant |

## DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

    1.    I represent the plaintiff, Ms. O'Connor, in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

    2.    Due to the upcoming holidays and my extremely busy briefing schedule, I will require additional time to complete Ms. O'Connor's Motion for Summary Judgment and Memorandum.

    3.    This is my first request for an extension of time to file Ms. O'Connor's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on December 21, 2009, in Sacramento, California.

                                                                          /s/ Bess M. Brewer<br>
                                                                          BESS M. BREWER

1 **ORDER**

2

3

4 APPROVED AND SO ORDERED.

5

6 DATED: 12/22/09

7 HONORABLE

8

(Judge Joseph C. Spero — United States District Court, Northern District of California seal)

3