BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA O'CONNOR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. CIV-09-1508 JCS<br><br>[~~PROPOSED~~] **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of February 9, 2010 to February 19, 2010 . This additional 10 day extension is required due to plaintiff's counsel's impacted briefing schedule. *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Dated: February 8, 2010 | *s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 9, 2010 | Benjamin G. Wagner |
| | United States Attorney |
| | /s/ *Shea Lita Bond*<br>SHEA LITA BOND<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

## **DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

    1.    I represent the plaintiff, Ms. O'Connor, in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

    2.    Due to my extremely busy briefing schedule, I require an additional two weeks to complete Ms. O'Connor's Motion for Summary Judgment and Memorandum.

    3.    The granting of this extension of time to file Ms. O'Connor's summary judgment will not have an appreciable effect on the briefing of this case.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on February 8, 2010, in Sacramento, California.

                                                      /s/ Bess M. Brewer<br>
                                                      BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: Feb. 10, 2010

*[Signature: Judge Joseph C. Spero]*
*[Seal: United States District Court, Northern District of California]*

HONORABLE JOSEPH C. SPERO

3