1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney
           333 Market Street, Suite 1500
5          San Francisco, California 94105
           Telephone:  (415) 977-8943
6          Facsimile:  (415) 744-0134
           E-Mail: Shea.Bond@ssa.gov
7
   Attorneys for Defendant
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11 ELENA O'CONNOR,                      )
                                        )   CIVIL NO. 3:09-cv-1508 JCS
12      Plaintiff,                      )
                                        )   STIPULATION AND ORDER AWARDING
13      v.                              )   ATTORNEY FEES UNDER THE
                                        )   EQUAL ACCESS TO JUSTICE ACT,
14 MICHAEL J. ASTRUE,                   )   28 U.S.C. § 2412(d)
   Commissioner of Social Security,     )
15                                      )
        Defendant.                      )
16 _____ )

17      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

18 subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

19 Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, THREE-HUNDRED

20 THIRTEEN DOLLARS AND 59 CENTS ($5,313.59). This amount represents compensation for all

21 legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in

22 accordance with 28 U.S.C. § 2412(d).

23      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

24 consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

25 to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

26 on whether the fees and expenses are subject to any offset allowed under the United States Department

27 of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the

28 government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: January 25, 2011         /s/Bess M. Brewer
                                (As authorized via email)

                                BESS M. BREWER
                                Attorney for Plaintiff

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: January 25, 2011    By:  /s/ Shea Lita Bond
                                SHEA LITA BOND
                                Special Assistant United States Attorney

IT IS SO ORDERED:

Dated: Jan. 26, 2011
                                _____
                                Joseph C. Spero
                                United States District JudgE
                                          Magistrate